

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2015

No. 04-15-00435-CV

**AUGLLE, L.L.C.,** Wrap It Up, L.L.C., James A. McVey, Jr., Individually, and Valdis Karlis
Gravis Krumins, Individually,
Appellants

v.

David A. **MONROE,** E-Watch Corporation, E-Watch, Inc., and The Telesis Group, Inc., each
Individually and as Member of Power Surveillance Corporation, L.L.C.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-07230
Honorable Gloria Saldana, Judge Presiding

# O R D E R

The court has considered appellants' unopposed motion for extension of time to file their brief and has determined that the motion should be GRANTED. Appellants shall file their brief no later than September 10, 2015.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court